IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC., SHAREHOLDER DERIVATIVE LITIGATION. _____/ This Document Relates To: ALL ACTION. _____/ | No. C 06-03817 WHA **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on August 31, 2006, the Court consolidated the cases filed in this action for all purposes and ordered that a consolidated complaint be filed and served no later than September 28, 2006;

WHEREAS, a Case Management Conference in this case is currently scheduled for September 21, 2006;

WHEREAS, all parties agree that judicial economy will be served by continuing the Case Management Conference until after plaintiffs file the consolidated complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that:

(1) The Case Management Conference currently scheduled for September 21, 2006 shall be continued until October 12, 2006 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: September 12, 2006

COOLEY GODWARD LLP
JOHN C. DWYER
CHRISTOPHER J. SUNDERMEIER
LAURA R. SMITH

/s/
LAURA R. SMITH

Attorneys for Defendants
Shelby W. Bonnie, George E. Mazzotta, Barry D. Briggs, John C. Colligan, Peter L.S. Currie, Jarl Mohn, Betsey Nelson and Eric Robinson

Dated: September 12, 2006

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM

/s/
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Office: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Office: (415) 288-4545
Fax: (415) 288-4534
Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: September 12, 2006 | LATHAM & WATKINS LLP<br>PHILIP J. WANG |
| 2 | | |
| 3 | | _____/s/_____<br>PHILIP J. WANG |
| 4 | | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 5 | | Office: (415) 328-4600<br>Fax: (650) 463-2600 |

Attorneys for Nominal Defendant
CNet Networks, Inc.

**ORDER**

The case management conference is **CONTINUED** to **OCTOBER 5, 2006, AT 11:00 A.M.**

Please file a joint case management statement no later than September 28, 2006.

Dated: September 13, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE