IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC., SHAREHOLDER DERIVATIVE LITIGATION. _____/ This Document Relates To:     ALL ACTIONS. _____/ | No. C 06-03817 WHA **ORDER RESETTING HEARING ON MOTION TO DISMISS** |

    The hearing on defendants' motion to dismiss shareholder derivative action for failure to make litigation demand is hereby **MOVED** to **TUESDAY, NOVEMBER 21, 2006, AT 3:30 P.M.**

**IT IS SO ORDERED.**

Dated: November 6, 2006.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE