IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MELZER,

    Plaintiff,

  v.

CNET NETWORKS, INC.,

    Defendant.
                                        /

No. C 06-03817 WHA

**ORDER RE: PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO MOTION TO DISMISS**

      The Court has noticed that Plaintiffs have failed to file an opposition to the Motion to Dismiss. When the Court inquired, Plaintiff's Counsel left a message with the Clerk stating that an amended complaint had been filed on November 9, 2006. No mention was made of opposing the pending motion to dismiss. All counsel must submit memoranda on whether the hearing on the motion to dismiss scheduled for November 21, 2006 needs to go forward and any other matters to be considered. Memoranda must be submitted by **TUESDAY NOVEMBER 14, 2006, AT 12 P.M.**

    **IT IS SO ORDERED.**

Dated: November 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-03817 Melzer\Order re amended complaint.wpd