IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MELZER,<br><br>    Plaintiff,<br><br>  v.<br><br>CNET NETWORKS, INC.,<br><br>    Defendant.<br>                                 / | No. C 06-03817 WHA<br><br>**ORDER RE RESPONSES TO COURT'S ORDER, PROPOSED BRIEFING SCHEDULE, AND DEFENDANTS' REQUEST FOR SANCTIONS** |

The hearing on defendants' motions to dismiss for failure to make litigation demand scheduled for Tuesday, November 21, 2006 at 3:30 p.m. is **VACATED**.

This Court hereby adopts the briefing schedule for motions to dismiss proposed by defendants. Defendants shall file any motions to dismiss by **NOVEMBER 27, 2006**. Plaintiffs shall file any responses to motions to dismiss by **DECEMBER 14, 2006**. Defendants shall file reply briefs by **DECEMBER 21, 2006**. The hearing on the motions to dismiss shall be scheduled for **THURSDAY, JANUARY 4, 2007 AT 8:00 A.M.** Any defendants filing motions for sanctions or attorney's fees shall do so according to the above briefing schedule.

If defendants' motions to dismiss are not filed by November 27, 2006, the hearing shall be vacated.

The hearing scheduled for **THURSDAY, NOVEMBER 16, 2006 AT 8:00 A.M.** regarding defendants' motion to stay discovery shall go forth as scheduled.

Dated: November 14, 2006

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE