IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MELZER,

    Plaintiff,

  v.

CNET NETWORKS, INC.,

    Defendant.
                                  /

No. C 06-03817 WHA

**CASE MANAGEMENT ORDER**

Pursuant to today's hearing, the plaintiff shall have until **MONDAY, JANUARY 11, 2007** to file an amended complaint. Any motions to dismiss shall be filed **THURSDAY, JANUARY 25, 2007**. Any oppositions shall be filed **FEBRUARY 8, 2007**. Any reply briefs shall be filed **FEBRUARY 15, 2007**. The hearing on motions to dismiss is scheduled for **THURSDAY, MARCH 1, 2007, AT 8:00 A.M.**

Defendants' motion to stay discovery is **GRANTED,** except as to CNET's special committee report. Any motion to compel production of the special committee report shall be filed no later than **MONDAY, NOVEMBER 27, 2007**. Oppositions shall be filed by **MONDAY, DECEMBER 4, 2007**. Responses shall be filed by **THURSDAY, DECEMBER 7, 2007**. The hearing shall be held **THURSDAY, DECEMBER 14, 2007, AT 8:00 A.M.**

The hearing previously scheduled for Thursday, January 4, 2007 is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 16, 2006



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE