IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MELZER,

    Plaintiff,

  v.

CNET NETWORKS, INC.,

    Defendant.

No. C 06-03817 WHA

**ORDER CLARIFYING CASE MANAGEMENT ORDER**

In the case management order issued earlier on November 16, 2006, the dates of the briefing schedule for the motion to compel production of the special committee report were mistakenly scheduled in 2007. They are scheduled in 2006.

The correct briefing and hearing schedule for motions to compel production of the special committee report is as follows.

Motions to compel production of the special committee report shall be filed no later than **MONDAY, NOVEMBER 27, 2006**. Oppositions shall be filed by **MONDAY, DECEMBER 4, 2006**. Responses shall be filed by **THURSDAY, DECEMBER 7, 2006**. The hearing shall be held **THURSDAY, DECEMBER 14, 2006, AT 8:00 A.M.**

The remainder of the case management order issued earlier on November 16, 2006 still stands.

**IT IS SO ORDERED.**

Dated: November 16, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT