IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MELZER,

    Plaintiff,

  v.

CNET NETWORKS, INC.,

    Defendant.

No. C 06-03817 WHA

**ORDER RE BRIEFING IN MOTION TO COMPEL PRODUCTION OF THE SPECIAL COMMITTEE REPORT**

    In defendants' opposition to plaintiff's motion to compel production of the special committee report, defendants' counsel should include declarations sufficient to identify any persons to whom the draft or final version of the special committee report was circulated. Defendants' counsel should also state reasons why circulation to such people was within the attorney-client privilege.

**IT IS SO ORDERED.**

Dated: November 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-03817 Melzer\decl for motions to compel.wpd