| | |
|---|---|
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| Patrick E. Gibbs (Bar No. 183174) | Heather E. Marlow (Bar No. 215261) |
| patrick.gibbs@lw.com | heather.marlow@lw.com |
| Philip J. Wang (Bar No. 218349) | Risha N. Jamison (Bar No. 230820) |
| philip.wang@lw.com | risha.jamison@lw.com |
| 140 Scott Drive | 505 Montgomery Street, Suite 2000 |
| Menlo Park, California 94025 | San Francisco, California 94111 |
| Telephone: (650) 328-4600 | Telephone: (415) 391-0600 |
| Facsimile: (650) 463-2600 | Facsimile: (415) 391-8095 |

Attorneys for Nominal Defendant
CNET NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-06-3817-WHA<br><br>**STIPULATION & [PROPOSED] ORDER EXTENDING NOMINAL DEFENDANT CNET NETWORKS, INC.'S DEADLINE TO FILE ITS MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br><u>**EXPEDITED CONSIDERATION RESPECTFULLY REQUESTED**</u><br><br>Hon. William H. Alsup |

The parties jointly request that the Court approve the parties' stipulation that the date by which nominal defendant CNET Networks, Inc. ("CNET") must file its motion to dismiss plaintiffs' Second Amended Consolidated Verified Shareholder Derivative Complaint be extended three days from February 26, 2007 until March 1, 2007.

WHEREAS, on January 11, 2007, this Court ordered the plaintiffs to file an amended complaint by February 12, 2007, and ordered defendants to file any motions to dismiss the amended complaint by February 26, 2007;

WHEREAS, Patrick E. Gibbs, lead counsel for CNET, became aware on February 20, 2007 that he must travel across the country to attend a memorial service on February 26,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION & PROPOSED ORDER EXTENDING NOMINAL
DEFENDANT CNET'S DEADLINE TO FILE ITS MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT
MASTER FILE NO. C-06-3817-WHA

2007 and will probably be out of the office from February 23, 2007 to February 27, 2007;

NOW, THEREFORE, the parties hereby stipulate to extend the deadline for CNET to file its motion to dismiss plaintiffs' amended verified complaint from February 26, 2007, until March 1, 2007.

Given the impending February 26 deadline, the parties respectfully request that the Court consider the parties' request immediately and enter the proposed order attached hereto.

Dated: February 20, 2007        Respectfully submitted,

LATHAM & WATKINS LLP
   Patrick E. Gibbs
   Philip J. Wang


By _____/s/_____

ATTORNEYS FOR NOMINAL DEFENDANT CNET NETWORKS, INC.

Dated: February 20, 2007        REED SMITH LLP
   Kenneth J. Philpot

By _____/s/_____

ATTORNEYS FOR RICHARD MARINO

Dated: February 20, 2007        KATTEN MUCHIN ROSENMAN, LLP
   Anissa D. Seymour

By _____/s/_____

ATTORNEYS FOR HALSEY MINOR

Dated: February 20, 2007        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   James E. Lyons
   Amy S. Park

By _____/s/_____

ATTORNEYS FOR DOUGLAS WOODRUM

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION & PROPOSED ORDER EXTENDING NOMINAL DEFENDANT CNET'S DEADLINE TO FILE ITS MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT
MASTER FILE NO. C-06-3817-WHA

| | | |
|---|---|---|
| 1 | Dated: February 20, 2007 | WILMERHALE |
| 2 | |    Micheal G. Bongiorno<br>   Nathan Walker |
| 3 | | |
| 4 | | By            /s/ |
| 5 | | ATTORNEYS FOR SHELBY BONNIE |
| 6 | Dated: February 20, 2007 | COOLEY GODWARD KRONISH LLP<br>   John C. Dwyer<br>   Christopher J. Sundermeier |
| 7 | |    Laura R. Smith |
| 8 | | |
| 9 | | By            /s/ |
| 10 | | ATTORNEYS FOR Individual Defendants<br>George E. Mazzotta, Barry D. Briggs, John C.<br>Colligan, Peter L.S. Currie, Jarl Mohn, Betsey |
| 11 | | Nelson, Eric Robison, Daniel Rosensweig,<br>Eric Hippeau, Mitchell Kertzman, Neil M. |
| 12 | | Ashe and Art Fatum |
| 13 | Dated: February 20, 2007 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 14 | |    Travis E. Downs III<br>   Benny C. Goodman III |
| 15 | | |
| 16 | | By            /s/ |
| 17 | | LEAD COUNSEL FOR PLAINTIFFS |

21 / / /

22 / / /

23 / / /

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION & PROPOSED ORDER EXTENDING NOMINAL
DEFENDANT CNET'S DEADLINE TO FILE ITS MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT
MASTER FILE NO. C-06-3817-WHA

1  **[PROPOSED] ORDER**

2  Based on the foregoing, good cause appearing, it is hereby ORDERED that CNET

3  shall file its motion to dismiss plaintiffs' amended verified complaint on or before March 1,

4  2007.

6  IT IS SO ORDERED

8  DATED this __21st__ day of February, 2007.

SV\546407.1

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION & PROPOSED ORDER EXTENDING NOMINAL
DEFENDANT CNET'S DEADLINE TO FILE ITS MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT
MASTER FILE NO. C-06-3817-WHA