COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
BENJAMIN D. SINGERMAN (242725) (bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
Neil M. Ashe, Barry D. Briggs, John C. Colligan,
Peter L.S. Currie, Art Fatum, Eric Hippeau,
Mitchell E. Kertzman, George E. Mazzota, Jarl Mohn,
Betsey Nelson, Eric Robison, and Daniel Rosensweig

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.  C-06-3817-WHA JCS |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

WHEREAS, plaintiffs filed their Second Amended Consolidated Verified Shareholder Derivative Complaint ("Second Amended Complaint") in the present action on February 12, 2007;

WHEREAS, defendants filed Motions To Dismiss the Second Amended Complaint on February 26, 2007;

WHEREAS, nominal defendant CNET's motion to dismiss is due on March 1, 2007;

WHEREAS, defendants' Motions To Dismiss will not be heard before April 5, 2007;

WHEREAS, a Settlement Conference Hearing in the present action is scheduled on

1 | April 17, 2007;

2 | WHEREAS, the parties' settlement conference statements are due on April 3, 2007;

3 | WHEREAS, the parties wish to enter into a stipulation to continue the Settlement
4 | Conference Hearing in order to give the Court time to rule on the defendants' Motions To
5 | Dismiss before the Settlement Conference Hearing;

6 | NOW, THEREFORE, the parties hereby stipulate that the Settlement Conference Hearing
7 | currently set for April 17, 2007, along with all associated activities and deadlines, should be
8 | continued to May 24, 2007 or such date as the Court may direct.

Dated: February 27, 2007                COOLEY GODWARD KRONISH LLP

                                        /s/
                                        Benjamin Singerman

                                        Attorneys for Defendants
                                        Neil M. Ashe, Barry D. Briggs, John C. Colligan,
                                        Peter L.S. Currie, Art Fatum, Eric Hippeau,
                                        Mitchell E. Kertzman, George E. Mazzota, Jarl
                                        Mohn, Betsey Nelson, Eric Robison, and Daniel
                                        Rosensweig

Dated: February 27, 2007                REED SMITH LLP

                                        /s/
                                        Kenneth J. Philpot

                                        Attorney for Defendant
                                        Richard Marino

Dated: February 27, 2007                LATHAM & WATKINS LLP

                                        /s/
                                        Philip Wang

                                        Attorney for Nominal Defendant
                                        CNET Networks, Inc.

| | | |
|---|---|---|
| 1 | Dated: February 27, 2007 | KATTEN MUCHIN ROSENMAN LLP |
| 2 | | |
| 3 | | /s/ |
| | | Anissa D. Seymour |
| 4 | | Counsel for Defendant |
| | | Halsey M. Minor |
| 5 | Dated: February 27, 2007 | |
| 6 | | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 7 | | |
| 8 | | /s/ |
| | | Amy Park |
| 9 | | Counsel for Defendant |
| 10 | | Douglas N. Woodrum |
| 11 | Dated: February 27, 2007 | WILMER HALE LLP |
| 12 | | /s/ |
| | | Nathan L. Walker |
| 13 | | |
| 14 | | Counsel for Defendant |
| | | Shelby Bonnie |
| 15 | Dated: February 27, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 16 | | |
| 17 | | /s/ |
| | | Molly Calkins |
| 18 | | Counsel for Plaintiff |
| 19 | | Martin Melzer |

20  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,*

21  *Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been*

22  *obtained.*

23  **[PROPOSED] ORDER**

24  Pursuant to the stipulation of counsel, IT IS SO ORDERED. The Settlement Conference

25  Hearing currently set for April 17, 2007 is continued to May 29, 2007, at 9:30 a.m. Settlement

26  Conference Statements shall be LODGED with Chambers no later than May 15, 2007.

27  Dated: March 1, 2007

28  _____
    SPERO
    United States Magistrate Judge