IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE<br>LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | No. C 06-03817 WHA<br><br>**ORDER RE REPLY BRIEF FOR<br>MOTIONS TO DISMISS** |

All defendants bringing motions to dismiss shall jointly file a single, consolidated reply brief in response to plaintiff's opposition to motions to dismiss. Defendants' single, consolidated reply brief shall be **NO LONGER THAN 25 PAGES** in length.

**IT IS SO ORDERED.**

Dated: March 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE