United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C 06-03817 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS** |

Parties' stipulation to continue the hearing on defendants' motions to dismiss to May 31, 2007, is **DENIED**. The hearing will go forward as scheduled on Thursday, April 5, 2007, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: March 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE