**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE CNET NETWORKS, INC.                    No. C 06-03817 WHA
     SHAREHOLDER DERIVATIVE
11   LITIGATION

12   _____     **ORDER RE PLAINTIFFS'**
                                                  **OPPOSITION**
13   This Document Relates To:

14   ALL ACTIONS

15   _____/

16

17         In their "Omnibus Opposition to Defendants' Motions to Dismiss and Alternative

18   Motion to Strike," plaintiffs referred to a report by the Center for Financial Research and

19   Analysis that issued on May 16, 2006.  Even though they relied on it, plaintiffs did not submit it

20   to the Court.  Plaintiffs should file a copy of the report no later than **MONDAY, APRIL 2, 2007,**

21   **AT NOON**.  Please file chamber's copies of the report at the same time.

22

23         **IT IS SO ORDERED.**

24

25   Dated: March 30, 2007.                       _____
                                                  WILLIAM ALSUP
26                                                UNITED STATES DISTRICT JUDGE

27

28