1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   IN RE CNET NETWORKS, INC.                 No. C 06-03817 WHA
     SHAREHOLDER DERIVATIVE
11   LITIGATION

12   _____   **ORDER RE DEFENDANTS'**
                                                **RESPONSE TO MOTION FOR**
13                                              **LEAVE TO FILE A MOTION FOR**
     This Document Relates To:                  **RECONSIDERATION**
14
     ALL ACTIONS
15

16   _____/

17          The Court has received plaintiffs' motion for leave to file a motion for reconsideration.

18   Defendants should file any opposition to this motion by **APRIL 30, 2007, AT NOON**.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  April 26, 2007.

23                                              _____
                                                WILLIAM ALSUP
24                                              UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California