COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
AARON F. OLSEN (224947) (aolsen@cooley.com)
BENJAMIN D. SINGERMAN (242725) (bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
Neil M. Ashe, Barry D. Briggs, John C. Colligan,
Peter L.S. Currie, Art Fatum, Eric Hippeau,
Mitchell E. Kertzman, George E. Mazzota, Jarl Mohn,
Betsey Nelson, Eric Robison, and Daniel Rosensweig

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No.  C-06-3817-WHA JCS |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE |

WHEREAS, on March 1, 2007 the Court granted an order continuing the Settlement Conference Hearing in the present action, along with all associated activities and deadlines, from April 17, 2007 to May 29, 2007;

WHEREAS, on April 11, 2007, the Court granted nominal defendant CNET's motion to dismiss the Second Amended Consolidated Verified Shareholder Derivative Complaint and requested supplemental briefing on whether plaintiffs should be permitted to file an amended complaint;

WHEREAS, on April 30, 2007, the Court granted plaintiffs leave to amend with their

amended pleading to be filed by May 17, 2007;

WHEREAS, the parties have agreed to attend a mediation on May 18, 2007, with retired Judge Daniel Weinstein of JAMS;

WHEREAS, a Settlement Conference Hearing in the present action is scheduled on May 24, 2007;

WHEREAS, the parties wish to enter into a stipulation to continue the Settlement Conference Hearing in order for the parties to participate in mediation on May 18, 2007;

NOW, THEREFORE, the parties hereby stipulate that the Settlement Conference Hearing currently set for May 29, 2007, along with all associated activities and deadlines, should be continued to July 24, 2007 or such date as the Court may direct.

Dated: May 1, 2007                    COOLEY GODWARD KRONISH LLP


                                       /s/
                                      Benjamin D. Singerman

                                      Attorneys for Defendants
                                      Neil M. Ashe, Barry D. Briggs, John C. Colligan, Peter L.S. Currie, Art Fatum, Eric Hippeau, Mitchell E. Kertzman, George E. Mazzota, Jarl Mohn, Betsey Nelson, Eric Robison, and Daniel Rosensweig

Dated: May 1, 2007                    REED SMITH LLP


                                       /s/
                                      Kenneth J. Philpot

                                      Attorney for Defendant
                                      Richard Marino

Dated: May 1, 2007                    LATHAM & WATKINS LLP


                                       /s/
                                      Philip Wang

                                      Attorney for Nominal Defendant
                                      CNET Networks, Inc.

| | | |
|---|---|---|
| 1 | Dated: May 1, 2007 | KATTEN MUCHIN ROSENMAN LLP |
| 2 | | |
| 3 | | /s/ |
| | | Anissa D. Seymour |
| 4 | | |
| | | Counsel for Defendant |
| 5 | | Halsey M. Minor |
| 6 | Dated: May 1, 2007 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 7 | | |
| 8 | | /s/ |
| | | Amy Park |
| 9 | | |
| | | Counsel for Defendant |
| 10 | | Douglas N. Woodrum |
| 11 | Dated: May 1, 2007 | WILMER HALE LLP |
| 12 | | |
| 13 | | /s/ |
| | | Nathan L. Walker |
| 14 | | |
| | | Counsel for Defendant |
| | | Shelby Bonnie |
| 15 | Dated: May 1, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 16 | | |
| 17 | | /s/ |
| | | Molly Calkins |
| 18 | | |
| 19 | | Counsel for Plaintiff |
| | | Martin Melzer |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED. The Settlement Conference ~~Hearing~~ currently set for May 29, 2007, is continued to __July 26, 2007, at 9:30 a.m.~~, 2007~~.

Dated: __May 2, 2007__

JOSEPH C. SPERO
United States Magistrate Judge

STIP. TO CONTINUE SETTLEMENT CONFERENCE
C-06-3817-WHA

3.