United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CNET NETWORKS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION

No. C 06-03817 WHA

_____

This Document Relates To:

ALL ACTIONS

_____/

**ORDER RE DEFENDANTS'
RESPONSE TO PLAINTIFFS'
MOTION TO STAY
PROCEEDINGS**

     The Court has received plaintiffs' motion to stay proceedings pending a completion of the inspection of CNET's books and records.  Any response by defendants should be filed no later than **WEDNESDAY, MAY 9, 2007, AT NOON**.

     **IT IS SO ORDERED.**

Dated:  May 7, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE