IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION. _____/ This Document Relates To: ALL ACTIONS. _____/ | No. C 06-03817 WHA **ORDER RE CNET'S RESPONSE TO PLAINTIFFS' MOTION TO STAY** |

If necessary, defendant may still have until noon on Wednesday, May 9, to file any response to plaintiffs' motion to stay proceedings to perform a books and records inspection. It would be most convenient to the Court, however, if defendant could file its response by 10:00 a.m. tomorrow.

**IT IS SO ORDERED.**

Dated: May 8, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE