IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS<br>_____/ | No. C 06-03817 WHA<br><br>**ORDER RE OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME** |

The Court has received defendants' motion to shorten time for plaintiffs to respond to interrogatory. Plaintiffs should file any opposition to this motion no later than **THURSDAY, JUNE 7, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE