IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC., SHAREHOLDER DERIVATIVE LITIGATION. _____ / This Document Relates To: ALL ACTIONS. _____ / | No. C 06-03817 WHA  **ORDER RE PLAINTIFF FINN'S NOTICE OF WITHDRAWAL** |

The Court has received named plaintiff James L. Finn's notice of withdrawal from this action. All counsel, including Frank J. Johnson, should submit memoranda regarding whether this notice has any legal effect. This should be done no later than **TUESDAY, JUNE 12, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE