IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION _____/ This Document Relates To: ALL ACTIONS _____/ | No. C 06-03817 WHA  **ORDER SHORTENING TIME TO RESPOND TO INTERROGATORIES** |

The application to shorten time for plaintiffs to respond to interrogatories is **GRANTED**. Plaintiffs must provide sworn answers to Interrogatory No. 1 reading: "On what dates between January 1, 1996, and the present have you been a shareholder of CNET Networks, Inc.?" Although plaintiffs' opposition has provided an answer, it is not under oath and avoids answering whether there had been any gaps in ownership. Full and complete answers are due by **NOON ON JUNE 13**. Because the Court itself is interested, please file a copy of the interrogatory answers with the Court.

**IT IS SO ORDERED.**

Dated: June 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE