IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS<br><br>_____/ | No. C 06-03817 WHA<br><br>**ORDER FOR MR. FINN TO ANSWER INTERROGATORY** |

    For the reasons stated in the Latham & Watkins memorandum dated June 12, 2007, Mr. Finn must answer under oath the pending interrogatory on his CNET stock ownership on the timetable previously ordered. Whether he will be allowed to dismiss his action (or under what conditions) will be decided later pursuant to Rule 23.1.

**IT IS SO ORDERED.**

Dated: June 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE