IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE<br>LITIGATION<br>_____<br>This Document Relates To:<br>ALL ACTIONS<br>_____ / | No. C 06-03817 WHA<br><br>**ORDER RE COMPLAINT FILED IN DELAWARE** |

Previously, Travis Downs, counsel for plaintiffs, had stated that a complaint would be filed in Delaware state court by June 8, 2007. By **MONDAY, JUNE 18, 2007, AT NOON**, Mr. Downs should file with the undersigned a copy of that complaint. Counsel should also state when such complaint was filed.

**IT IS SO ORDERED.**

Dated: June 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE