IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION

No. C 06-03817 WHA

**FURTHER ORDER FOR INFORMATION**

This Document Relates To:

ALL ACTIONS
_____/

     The Court presumed, based on Mr. Down's earlier statements, that the Delaware complaint and summons would be served by June 8, 2007, or close thereto. Now, it is June 19 and the complaint still has not been served. Mr. Downs is requested to explain why he did not obtain a summons when he flew back to Delaware to file the complaint (as per his May representation) so that the complaint could be served forthwith. The Court has said that this ancillary effort must move with alacrity or else we will dispense with it. Mr. Downs must reply by declaration by **FRIDAY, JUNE 22, 2007, AT NOON**.

     **IT IS SO ORDERED.**

Dated: June 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE