IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS / | No. C 06-03817 WHA<br><br>**ORDER RE PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTIONS** |

In connection with responding to the pending motions for administrative relief, plaintiffs' counsel shall provide a declaration sworn to by Martin Melzer clarifying the exact extent to which he has owned CNET common stock (as opposed to preferred stock). The answer to the interrogatory was verified by Mr. Melzer, but it used the term "CNET stock" whereas Mr. Finn's interrogatory response used the term "CNET common stock." The Court desires confirmation that Mr. Melzer continuously owned CNET common stock since June 19, 2000 to the present.

The plaintiffs' counsel shall also provide an expected timetable for resolution of the Delaware action. The time within which to respond is extended to **FRIDAY, JUNE 29, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE