IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CNET NETWORKS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION

No. C 06-03817 WHA

**ORDER RE TIMELINE FOR RESOLVING DELAWARE ACTION**

This Document Relates To:

ALL ACTIONS

_____/

Defendants should submit a statement regarding what the anticipated timeline for resolution of the Delaware action will be and whether they will cooperate in expediting the inspection of books and records no later than **MONDAY, JULY 2, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE