| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | CHRISTOPHER J. SUNDERMEIER (166126) |
| | (sundermeierc@cooley.com) |
| 3 | LAURA R. SMITH (205159) (laura.smith@cooley.com) |
| | AARON F. OLSEN (224947) (aolsen@cooley.com) |
| 4 | BENJAMIN D. SINGERMAN (242725) |
| | (bsingerman@cooley.com) |
| 5 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 6 | Palo Alto, CA 94306-2155 |
| | Telephone: (650) 843-5000 |
| 7 | Facsimile: (650) 857-0663 |

Attorneys for Defendants
Neil M. Ashe, Barry D. Briggs, John C. Colligan,
Peter L.S. Currie, Art Fatum, Eric Hippeau,
Mitchell E. Kertzman, George E. Mazzota, Jarl Mohn,
Betsey Nelson, Eric Robison, and Daniel Rosensweig

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C-06-3817-WHA |
| | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE |
| This Document Relates To: | Date: July 26, 2007 |
| ALL ACTIONS. | Time: 9:30 a.m. |
| | Dept.: Courtroom A, 15th Floor |
| | Judge: Hon. Joseph C. Spero |

WHEREAS, on May 2, 2007, Judge Spero ordered that the Settlement Conference in the present action, along with all associated activities and deadlines, be continued until July 26, 2007;

WHEREAS, on May 9, 2007, Judge Alsup ordered that the present action be stayed until further order to allow federal plaintiffs time to pursue a books and records inspection demand under Delaware Corporations Code § 220;

WHEREAS, on May 18, 2007 defendants and plaintiffs had a mediation with retired judge Weinstein, but did not reach any settlement at the mediation;

WHEREAS, plaintiffs are pursuing an enforcement action of their books and records

1  request in Delaware Chancery Court, which will likely be heard in late September;

2  WHEREAS, the parties wish to enter into a stipulation to reschedule the Settlement
3  Conference Hearing after the Delaware enforcement action has been resolved;

4  NOW, THEREFORE, the parties hereby stipulate that the Settlement Conference Hearing
5  currently set for July 26, 2007, along with all associated activities and deadlines, should be
6  rescheduled for a date in October, or some other later date that the Court finds convenient, to be
7  determined later by agreement of the parties, following consultation with the Court regarding
8  availability.

9  Dated: June 28, 2007            COOLEY GODWARD KRONISH LLP

11                                   /s/
                                 Benjamin D. Singerman

12                               Attorneys for Defendants
                                 Neil M. Ashe, Barry D. Briggs, John C. Colligan,
13                               Peter L.S. Currie, Art Fatum, Eric Hippeau,
                                 Mitchell E. Kertzman, George E. Mazzota, Jarl
14                               Mohn, Betsey Nelson, Eric Robison, and Daniel
                                 Rosensweig

15  Dated: June 28, 2007            REED SMITH LLP

17                                   /s/
                                 Kenneth J. Philpot

18                               Attorney for Defendant
19                               Richard Marino

20  Dated: June 28, 2007            LATHAM & WATKINS LLP

22                                   /s/
                                 Philip Wang

23                               Attorney for Nominal Defendant
                                 CNET Networks, Inc.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2007 | KATTEN MUCHIN ROSENMAN LLP |
| 2 | | |
| 3 | | _____/s/_____<br>Bruce G. Vanyo |
| 4 | | Counsel for Defendant<br>Halsey M. Minor |
| 5 | | |
| 6 | Dated: June 28, 2007 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 7 | | |
| 8 | | _____/s/_____<br>Amy Park |
| 9 | | Counsel for Defendant<br>Douglas N. Woodrum |
| 10 | | |
| 11 | Dated: June 28, 2007 | WILMER HALE LLP |
| 12 | | |
| 13 | | _____/s/_____<br>Nathan L. Walker |
| 14 | | Counsel for Defendant<br>Shelby Bonnie |
| 15 | Dated: June 28, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 16 | | |
| 17 | | _____/s/_____<br>Travis Downs |
| 18 | | |
| 19 | | Counsel for Plaintiff<br>Martin Melzer |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED. The Settlement Conference Hearing currently set for July 26, 2007, along with all associated activities and deadlines, is October 16, 2007, at 9:30 a.m., in Courtroom A. Settlement Conference rescheduled for ~~a date in October, or some other later date that the Court finds convenient, to be determined later by agreement of the parties, following consultation with the Court regarding~~

1   Statements shall be LODGED with Chambers no later than October 2, 2007. ~~availability~~.

3   Dated: June 29, 2007

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

755573 v1/PA

4.

**STIP. TO RESCHEDULE SETTLEMENT CONFERENCE**
**C-06-3817-WHA**