1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CNET NETWORKS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION.

No. C 06-03817 WHA

_____/

This Document Relates To:

**ORDER REQUESTING
RESPONSE FROM COUNSEL**

    All Actions.

_____/

    The order dated November 28, 2007, stated (Dkt. 233):

> As soon as defendants have fully complied with the
> Delaware order (which counsel represent will be seven to
> ten calendar days), defense counsel shall file a declaration
> so stating, at which time plaintiffs' counsel shall have
> **TWENTY CALENDAR DAYS** to prepare and to file an
> amended complaint.

The Court has received no declaration by counsel.  Counsel must file a response by **APRIL 4,**

**2008, AT NOON** explaining why it has not complied with the Court's order.

Dated: April 2, 2008.

                                  _____
                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE