1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CNET NETWORKS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION,

No. C-06-3817 WHA (JCS)

_____/

**NOTICE AND ORDER VACATING
SETTLEMENT CONFERENCE AND
SETTING TELEPHONIC
CONFERENCE**

This Document Relates To:

        ALL ACTIONS.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

        As the parties have notified the undersigned that they have reached a settlement, but require

more time to obtaint approval from the court, the Settlement Conference previously scheduled for

**April 30, 2008, at 9:30 a.m.**, is hereby VACATED.

        Please take notice that a Telephonic Conference shall take place on **June 12, 2008, at

10:00 a.m.**, at which time the current status of the case will be discussed and any further court

events will be scheduled.

        IT IS SO ORDERED.

Dated: April 18, 2008

                                        _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge